**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Indianapolis DIVISION**

In re: GREENWALT, JEFFREY ALAN  § Case No. 19-04682
 §
 §
 §
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Jenice Golson-Dunlap, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,365,399.76 | Assets Exempt: | $87,374.76 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $26,244.81 | Claims Discharged Without Payment: | $40,108,495.96 |
| Total Expenses of Administration: | $27,762.19 | | |

3) Total gross receipts of $54,007.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $54,007.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $51,027.00 | $98,422.58 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $27,762.19 | $27,762.19 | $27,762.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $585.60 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $34,984,203.41 | $5,150,537.36 | $5,150,537.36 | $26,244.81 |
| **TOTAL DISBURSEMENTS** | $35,035,816.01 | $5,276,722.13 | $5,178,299.55 | $54,007.00 |

4) This case was originally filed under chapter 7 on 06/25/2019.  The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/07/2021      By: /s/ Jenice Golson-Dunlap
                                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avonlea,LLC. This is a real estate holding company. This is a parcel of real estate located at 2409 E 46th Street, India | 1129-000 | $48,000.00 |
| Household goods, artwork and furnishings (values are based on an appraisal) | 1129-000 | $6,007.00 |
| TOTAL GROSS RECEIPTS | | $54,007.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | CITIZENS BANK N.A. ONE CITIZENS BANK WAY | 4110-000 | NA | $49,211.29 | $0.00 | $0.00 |
| 18 | CITIZENS BANK N.A. ONE CITIZENS BANK WAY | 4110-000 | NA | $49,211.29 | $0.00 | $0.00 |
| N/F | Citizens Bank Na | 4110-000 | $51,027.00 | NA | NA | NA |
| | TOTAL SECURED | | $51,027.00 | $98,422.58 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - JENICE GOLSON-DUNLAP | 2100-000 | NA | $5,950.35 | $5,950.35 | $5,950.35 |
| Trustee, Expenses - JENICE GOLSON-DUNLAP | 2200-000 | NA | $180.03 | $180.03 | $180.03 |
| Auctioneer Fees - CHRISTY'S OF INDIANA | 3610-000 | NA | $457.00 | $457.00 | $457.00 |
| Auctioneer Expenses - CHRISTY'S OF INDIANA | 3620-000 | NA | $12.00 | $12.00 | $12.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $181.00 | $181.00 | $181.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $181.00 | $181.00 | $181.00 |
| Banking and Technology Service Fee - Mechanics Bank | 2600-000 | NA | $398.08 | $398.08 | $398.08 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $110.52 | $110.52 | $110.52 |
| Attorney for Trustee Fees (Other Firm) - RUBIN & LEVIN | 3210-000 | NA | $15,683.01 | $15,683.01 | $15,683.01 |
| Attorney for Trustee Fees (Other Firm) - RUBIN & LEVIN A PROFESSIONAL CORPORATION | 3210-000 | NA | $1,461.50 | $1,461.50 | $1,461.50 |
| Attorney for Trustee Expenses (Other Firm) - RUBIN & LEVIN A PROFESSIONAL CORPORATION | 3220-000 | NA | $20.45 | $20.45 | $20.45 |
| Accountant for Trustee Fees (Other Firm) - MARIETTA CPAs | 3410-000 | NA | $3,049.75 | $3,049.75 | $3,049.75 |
| Accountant for Trustee Expenses (Other Firm) - MARIETTA CPAs | 3420-000 | NA | $77.50 | $77.50 | $77.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$27,762.19** | **$27,762.19** | **$27,762.19** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Chicago Department of Revenue | 5600-000 | $585.60 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $585.60 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ABSOLUTE RESOLUTIONS INVESTMENTS, LLC C/O ABSOLUTE RESOLUTIONS CORPORATION | 7100-000 | NA | $23,205.03 | $23,205.03 | $118.24 |
| 2 | MICHAEL BARFIELD-BARNWELL WHALEY PATTERS | 7100-000 | NA | $6,973.83 | $6,973.83 | $35.54 |
| 3 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP | 7100-000 | NA | $35,268.20 | $35,268.20 | $179.71 |
| 4 | CLARK & ASSOCIATES, INC. | 7100-000 | NA | $2,412.39 | $2,412.39 | $12.29 |
| 5 | JPMORGAN CHASE BANK, N.A. S/B/M/T CHASE BANK USA, N.A. C/O ROBERTSON, ANSCHUTZ & | 7100-000 | NA | $39,614.92 | $39,614.92 | $201.86 |
| 6 | JPMORGAN CHASE BANK, N.A. S/B/M/T CHASE BANK USA, N.A. C/O ROBERTSON, ANSCHUTZ & | 7100-000 | NA | $37,067.69 | $37,067.69 | $188.88 |
| 7 | JPMORGAN CHASE BANK, N.A. S/B/M/T CHASE BANK USA, N.A. C/O ROBERTSON, ANSCHUTZ & | 7100-000 | NA | $44,747.36 | $44,747.36 | $228.01 |
| 8 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP | 7100-000 | NA | $13,737.08 | $13,737.08 | $70.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | JPMORGAN CHASE BANK, N.A. S/B/M/T CHASE BANK USA, N.A. C/O ROBERTSON, ANSCHUTZ & | 7100-000 | NA | $67,187.09 | $67,187.09 | $342.36 |
| 10 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP | 7100-000 | NA | $63,437.45 | $63,437.45 | $323.25 |
| 11 | WILLIAM Q. WALKER, JR. & JOHN L. SIMMS | 7100-000 | NA | $1,654,119.54 | $1,654,119.54 | $8,428.65 |
| 12 | BANK OF AMERICA, N.A. | 7100-000 | NA | $100,620.21 | $100,620.21 | $512.72 |
| 13 | TOYOTA MOTOR CREDIT CORPORATION C/O BECKET AND LEE LLP | 7100-000 | NA | $2,046.11 | $2,046.11 | $10.43 |
| 14 | DIRECTV, LLC BY AMERICAN INFOSOURCE AS AGENT | 7100-000 | NA | $288.90 | $288.90 | $1.47 |
| 15 | BANK OF AMERICA, N.A. | 7100-000 | NA | $34,097.60 | $34,097.60 | $173.75 |
| 16 | PYOD, LLC RESURGENT CAPITAL SERVICES | 7100-000 | NA | $4,551.20 | $4,551.20 | $23.19 |
| 19 | PORTER, ROGERS, DAHLMAN AND GORDON, PC | 7100-000 | NA | $21,162.76 | $21,162.76 | $107.83 |
| 20 | CANYON SUPPLY & LOGISTICS, LLC C/O ROGER BRAUGH, SICO WHITE HOELSCHER | 7100-000 | NA | $3,000,000.00 | $3,000,000.00 | $15,286.63 |
| N/F | ARS | 7100-000 | $781.00 | NA | NA | NA |
| N/F | Am ex | 7100-000 | $63,437.00 | NA | NA | NA |
| N/F | Am ex | 7100-000 | $13,737.00 | NA | NA | NA |
| N/F | Am ex | 7100-000 | $35,268.00 | NA | NA | NA |
| N/F | Bank Of America | 7100-000 | $100,620.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Bank of America | 7100-000 | $33,913.77 | NA | NA | NA |
| N/F | Barclays Bank Delaware | 7100-000 | $15,703.00 | NA | NA | NA |
| N/F | Barclays Bank Delaware | 7100-000 | $58,951.00 | NA | NA | NA |
| N/F | Brian Fahle | 7100-000 | $348,000.00 | NA | NA | NA |
| N/F | Canyon Supply & Logistics, LLC | 7100-000 | $18,000,000.00 | NA | NA | NA |
| N/F | Caterpillar Financial Service Corp | 7100-000 | $65,000.00 | NA | NA | NA |
| N/F | Cedar Village Holdings Inc | 7100-000 | $75,000.00 | NA | NA | NA |
| N/F | Charter Communications | 7100-000 | $1,043.49 | NA | NA | NA |
| N/F | Citicards Cbna | 7100-000 | $23,656.00 | NA | NA | NA |
| N/F | Clark & Associates | 7100-000 | $2,412.39 | NA | NA | NA |
| N/F | Credit Collection Services | 7100-000 | $791.00 | NA | NA | NA |
| N/F | Dick Dilling | 7100-000 | $12,000.00 | NA | NA | NA |
| N/F | Engledow | 7100-000 | $8,175.78 | NA | NA | NA |
| N/F | F&S Radiology | 7100-000 | $47.00 | NA | NA | NA |
| N/F | Fifth Third Bank | 7100-000 | $0.00 | NA | NA | NA |
| N/F | First Capital - Doug Hickerson | 7100-000 | $350,000.00 | NA | NA | NA |
| N/F | First Merchants Bank | 7100-000 | $4,743.00 | NA | NA | NA |
| N/F | Frost Arnett | 7100-000 | $466.80 | NA | NA | NA |
| N/F | G&C Funding | 7100-000 | $114,130.00 | NA | NA | NA |
| N/F | Golf Coast Collection Bureau | 7100-000 | $565.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Gulf to Bay Anes Assoc, LLC | 7100-000 | $992.00 | NA | NA | NA |
| N/F | Health Revenue Recovery Group | 7100-000 | $4,471.00 | NA | NA | NA |
| N/F | Health Revenue Recovery Group | 7100-000 | $1,799.00 | NA | NA | NA |
| N/F | Huntington Mortgage Co | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Huntington Mortgage Co | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jeff Heilman | 7100-000 | $514,975.00 | NA | NA | NA |
| N/F | Jon Gelman | 7100-000 | $455,605.58 | NA | NA | NA |
| N/F | Jpmcb Card | 7100-000 | $67,187.00 | NA | NA | NA |
| N/F | Jpmcb Card | 7100-000 | $44,747.00 | NA | NA | NA |
| N/F | Jpmcb Card | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jpmcb Card | 7100-000 | $39,614.00 | NA | NA | NA |
| N/F | Jpmcb Card | 7100-000 | $37,067.00 | NA | NA | NA |
| N/F | Kidz Medical Services | 7100-000 | $8,334.70 | NA | NA | NA |
| N/F | Michael Barfield-Barnwell Whaley Patters | 7100-000 | $20,866.76 | NA | NA | NA |
| N/F | Mike Moosbrugger | 7100-000 | $2,900.00 | NA | NA | NA |
| N/F | NCH Healthcare | 7100-000 | $29,457.00 | NA | NA | NA |
| N/F | Naples Pathology Associates | 7100-000 | $1,285.00 | NA | NA | NA |
| N/F | Pediatric Spec of America | 7100-000 | $358.00 | NA | NA | NA |
| N/F | Rick Foster-Porter, Rogers, Dahlman & Go | 7100-000 | $22,543.79 | NA | NA | NA |
| N/F | Steve Retterath | 7100-000 | $12,696,000.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Syncb/gap | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Syncb/ppxtrm | 7100-000 | $4,551.00 | NA | NA | NA |
| N/F | Toyota Motor Credit | 7100-000 | $2,046.11 | NA | NA | NA |
| N/F | US Legal Support | 7100-000 | $9,568.36 | NA | NA | NA |
| N/F | William Q. Walker, Jr. & John Shaw | 7100-000 | $1,691,393.88 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$34,984,203.41** | **$5,150,537.36** | **$5,150,537.36** | **$26,244.81** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 19-04682 | Trustee Name: | (340580) Jenice Golson-Dunlap |
|---|---|---|---|
| Case Name: | GREENWALT, JEFFREY ALAN | Date Filed (f) or Converted (c): | 06/25/2019 (f) |
| | | § 341(a) Meeting Date: | 08/06/2019 |
| For Period Ending: | 06/07/2021 | Claims Bar Date: | 01/06/2020 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Breckenridge Colorado<br>Timeshare. Entire property value: $5,000.00 | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 2 | 2013 Range Rover Land Rover, 63,000 miles<br>Entire property value: $16,500.00 | 8,250.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2017 GMC Sierra 2500 HD<br>Entire property value: $46,000.00 | 46,000.00 | 0.00 | OA | 0.00 | FA |
| 4* | Household goods, artwork and furnishings (values are based on an appraisal) (See Footnote) | 4,855.00 | 4,855.00 | | 6,007.00 | FA |
| 5 | Gym Equipment | 0.00 | 0.00 | OA | 0.00 | FA |
| 6 | (2) Pistols (2) Rifles (2) A/Rs | 2,125.00 | 0.00 | OA | 0.00 | FA |
| 7 | Clothing & Shoes | 300.00 | 0.00 | OA | 0.00 | FA |
| 8 | Jewelry | 1,200.00 | 0.00 | OA | 0.00 | FA |
| 9 | Joint Personal Checking: First Merchants Bank (overdrawn) | 0.00 | 0.00 | OA | 0.00 | FA |
| 10 | Business Checking: First Merchants Bank | 11.89 | 0.00 | OA | 0.00 | FA |
| 11 | Business Checking: Chase (overdrawn) | 0.00 | 0.00 | OA | 0.00 | FA |
| 12 | Business Checking: First Merchants Bank | 37.00 | 0.00 | OA | 0.00 | FA |
| 13 | Diversity Max, LLC. This is a real estate development company. This LLC has a judgment of $20,500 against George Grkinich, Kara Grkinich, Evella Grk LLC First Merchants bank. Diversity Max may also have an accounts receivable due an owing from Vault Investments, LLC. Liabilites exceed assets., 100% ownership | 0.00 | 0.00 | OA | 0.00 | FA |
| 14 | Avonlea,LLC. This is a real estate holding company. This is a parcel of real estate located at 2409 E 46th Street, Indianapolis, IN 46205. This property is being sold on land contract to a church. There is approximately $130,000 still owed being paid at a rate of $1,000 per month. This business had a bank account at Huntington Bank that was closed in October 2017., 50% ownership | 65,000.00 | 65,000.00 | | 48,000.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| Case No.: | 19-04682 | Trustee Name: | (340580) Jenice Golson-Dunlap |
| --- | --- | --- | --- |
| Case Name: | GREENWALT, JEFFREY ALAN | Date Filed (f) or Converted (c): | 06/25/2019 (f) |
| | | § 341(a) Meeting Date: | 08/06/2019 |
| For Period Ending: | 06/07/2021 | Claims Bar Date: | 01/06/2020 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 15 | GEE Global Entertainment Empire, LLC. This company was created to do promotions work in Europe. This LLC has no assets, no equipment, no inventory. The only asset is 2 bank accounts with Chase & First Merchants Bank with an approximate balance of $48.89. This business had a bank account at Huntington Bank that was closed in August 2017., 50% ownership | 0.00 | 0.00 | OA | 0.00 | FA |
| 16 | Max Financial, LLC. This business ceased operations 4/2015. This LLC was going to manage leases for a Naval Base in Corpus Christi. This entity never operated., 100% ownership | 0.00 | 0.00 | OA | 0.00 | FA |
| 17 | Diversity Max Canyon Port, LLC. This is a real estate holding company. This entity never operated. This business had a bank account at Huntington Bank that was closed in July 2017., 100% ownership | 0.00 | 0.00 | OA | 0.00 | FA |
| 18 | Diversity Max CP Holdings, LLC. This was going to be a real estate holding company to be used upon closing of the Corpus Christi Naval Base. This entity never operated., 100% ownership | 0.00 | 0.00 | OA | 0.00 | FA |
| 19 | Prime Stone, LLC. This LLC was formed to hold real estate aquired in the USA. This company never operated. This business had a bank account at Huntington Bank that was closed in April 2017., 100% ownership | 0.00 | 0.00 | OA | 0.00 | FA |
| 20 | Swan Stone, LLC. This business ceased operations 5/2019. This LLC was to develop an energy project in India. This company never transacted any business. This business had a bank account at Huntington Bank that was closed in October 2017., 100% ownership | 0.00 | 0.00 | OA | 0.00 | FA |
| 21 | DM Fuels, LLC. This was to be an energy sales company. This company was going to buy and sell jet & diesel fuel. This LLC never conducted any business. No assets. No bank accounts. This business had a bank account at Huntington Bank that was closed in August 2017., 100% ownership | 0.00 | 0.00 | OA | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

| Case No.: | 19-04682 | Trustee Name: | (340580) Jenice Golson-Dunlap |
| --- | --- | --- | --- |
| Case Name: | GREENWALT, JEFFREY ALAN | Date Filed (f) or Converted (c): | 06/25/2019 (f) |
| | | § 341(a) Meeting Date: | 08/06/2019 |
| For Period Ending: | 06/07/2021 | Claims Bar Date: | 01/06/2020 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 22 | Greenfield Companies, LLC. This business was dissolved in 2/2013. This was to be a real estate holding company. This LLC never never conducted any business or had any assets. This business had a bank account at Huntington Bank that was closed in October 2017., 33% ownership | 0.00 | 0.00 | OA | 0.00 | FA |
| 23 | Vault Investments, LLC. Ceased operations 11/2018. This LLC was established to lease financed collateral to provide project funding. The accounts receivable of approximately $227,900 may be collectbale in Dubui. This business had a bank account at Huntington Bank that was closed in July 2017., 100% ownership | 227,900.00 | 0.00 | OA | 0.00 | FA |
| 24 | Diversity Max Iraq, LLC. This business ceased operation 11/2014. This was going to be an LLC that funded high tension power lines in Iraq. This company never conducted any business., 100% ownership | 0.00 | 0.00 | OA | 0.00 | FA |
| 25 | Diversity Max Egypt, LLC. This busisness ceased operations 12/2014. This was an energy sales company that was established for waste to energy projects in Egypt. This LLC never conducted any business., 100% ownership | 0.00 | 0.00 | OA | 0.00 | FA |
| 26 | Diversity Max Nigeria, LLC. This business ceased operations 11/2014. This was an energy sales company to create and export methanol gas that never conducted any business., 100% ownership | 0.00 | 0.00 | OA | 0.00 | FA |
| 27 | Weston Canal, LLC. This business ceased operations 1/2019. This was formed to buy an industrial site in New Jersey. This LLC never conducuted any business. This business had a bank account at Huntington Bank that was closed in October 2017., 100% ownership | 0.00 | 0.00 | OA | 0.00 | FA |
| 28 | IRA: Fidelity | 958.70 | 0.00 | OA | 0.00 | FA |
| 29 | NY's 529 College Savings Plan | 76,117.17 | 0.00 | OA | 0.00 | FA |
| 30 | Debtor has 2 trusts with only assets being 2 life insurance policies. Both policies are term, no cash value. | 0.00 | 0.00 | OA | 0.00 | FA |
| 31 | NOL: Federal | 2,000,000.00 | 0.00 | OA | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 4

| Case No.: | 19-04682 | Trustee Name: | (340580) Jenice Golson-Dunlap |
| --- | --- | --- | --- |
| Case Name: | GREENWALT, JEFFREY ALAN | Date Filed (f) or Converted (c): | 06/25/2019 (f) |
| | | § 341(a) Meeting Date: | 08/06/2019 |
| For Period Ending: | 06/07/2021 | Claims Bar Date: | 01/06/2020 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 32 | Int. in Ins. policies: Term life insurance policy. | 0.00 | 0.00 | OA | 0.00 | FA |
| 33 | 2018 Federal and State Tax refunds (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 34 | 2019 State and Federal Tax Refunds (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 35 | 25% of wages (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 35 | **Assets Totals (Excluding unknown values)** | **$2,435,254.76** | **$69,855.00** | | **$54,007.00** | **$0.00** |

RE PROP# 4   Pistols, rifles art First to Arrive, Two PIcasso Type Art, Bikes, Klien Quantum, Giant Rebel, Cannon Dale F-9 Rolex Watch, Tachymeter, Choppard Watch

**Major Activities Affecting Case Closing:**

02/08/2021 Final distribution made. TDR will be submitted when all checks clear.

11/11/2020  Paid Trustee's Accountants' fees and expenses pursuant to court order of 11/10/2020.

11/10/2020  Received Prompt Determination Letter.

06/26/2020 Attorney fees paid. Awaiting tax returns to be prepared by Trustee's accountant.

06/24/2020 Order Granting Application for Final Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Rubin & Levin, P.C. as Trustee's Attorney (Fee: $1,461.50, Expense: $20.45)

05/06/2020 Check cut and mailed to Trustee's counsel for fees and expenses.

02/27/2020 Filing fee paid for motion to sell.

02/27/2020  Motion to Sell Property Free and Clear of Liens (private sale with specific buyer identified), with Notice & Certificate of Service, filed by James T Young on behalf of Trustee Jenice Golson-Dunlap. $181 Filing Fee or Motion for Authority to Defer Filing Fee due by 03/04/2020. Objections due by 03/18/2020.

December 19, 2019  Attended 2004 Exam of debtor at Rubin & Levin law office.

December 5, 2019 Two $1, 000 monthly payment on real estate real estate located at 2409 E 46th Street, Indianapolis, IN 46205.Debtor receives 50% of monthly payment. This property is being sold on land contract to a church.  There is approximately $125,000 still owed on the land contract.

August 6, 2019- Under advisement for copies of appraisal of household goods, 2018 state and federal tax refunds just filed July 24, 2019, Life insurance Trust, oversea bank account statement, $15,000.00 in funds transferred. 25% of wages, timeshare valued at $5,000.00 free & clear,2019 federal and state tax returns. July 11, 2019 Application to Employ Rubin & Levin, P.C. as Counsel filed.

**Initial Projected Date Of Final Report (TFR):** 12/31/2020    **Current Projected Date Of Final Report (TFR):** 12/07/2020 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 5

**Case No.:** 19-04682
**Case Name:** GREENWALT, JEFFREY ALAN

**For Period Ending:** 06/07/2021

**Trustee Name:** (340580) Jenice Golson-Dunlap
**Date Filed (f) or Converted (c):** 06/25/2019 (f)
**§ 341(a) Meeting Date:** 08/06/2019
**Claims Bar Date:** 01/06/2020

06/07/2021
Date

/s/Jenice Golson-Dunlap
Jenice Golson-Dunlap

UST Form 101-7-TDR ( 10 /1/2010)

Form 2
Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 19-04682 | Trustee Name: | Jenice Golson-Dunlap (340580) |
|---|---|---|---|
| Case Name: | GREENWALT, JEFFREY ALAN | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***8355 | Account #: | ******3700 Checking |
| For Period Ending: | 06/07/2021 | Blanket Bond (per case limit): | $29,496,184.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/04/19 | {14} | JEFFREY ALAN GREENWALT | Parcel of real estate located at 2409 E. 46th Street, sold on land contract to a church | 1129-000 | 3,000.00 | | 3,000.00 |
| 10/31/19 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,995.00 |
| 11/29/19 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,990.00 |
| 12/05/19 | {14} | JEFFREY ALAN GREENWALT | Contract payments made post-petition | 1129-000 | 2,000.00 | | 4,990.00 |
| 12/20/19 | {14} | JEFFREY ALAN GREENWALT | Contract Payment | 1129-000 | 1,000.00 | | 5,990.00 |
| 12/31/19 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 5,985.00 |
| 01/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 5.06 | 5,979.94 |
| 02/14/20 | {14} | JEFFREY ALAN GREENWALT | Contract payment | 1129-000 | 1,000.00 | | 6,979.94 |
| 02/27/20 | 101 | UNITED STATES BANKRUPTCY COURT CLERK | Filing Fee - Motion to Sell Doc #50. | 2700-000 | | 181.00 | 6,798.94 |
| 02/28/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 6,793.94 |
| 03/31/20 | {14} | Chase on line bill pay-Jeffrey Greenwalt | Contract payment | 1129-000 | 1,000.00 | | 7,793.94 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 5.42 | 7,788.52 |
| 04/02/20 | {14} | Wells Fargo Bank, NA | pursuant to Avonlea LLC | 1129-000 | 40,000.00 | | 47,788.52 |
| 04/15/20 | 102 | United States Bankruptcy Court | Fee for Motion to Sell Docket #60 | 2700-000 | | 181.00 | 47,607.52 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 69.75 | 47,537.77 |
| 05/01/20 | {4} | CHASE BANK NA, USA, | Pursuant to Motion To Comp and Settle Order Doc. #61 | 1129-000 | 1,437.00 | | 48,974.77 |
| 05/05/20 | 103 | RUBIN & LEVIN | 05/06/2020 Trustee's attorney's fees and expenses pursuant to court order of 5/5/2020 | 3210-000 | | 15,683.01 | 33,291.76 |
| 05/29/20 | 104 | CHRISTY'S OF INDIANA | Auctioneer's Fees and Expenses pursuant to court order of May 21, 2020. | | | 469.00 | 32,822.76 |
| | | | Fees $457.00 | 3610-000 | | | |
| | | | Expenses $12.00 | 3620-000 | | | |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 60.24 | 32,762.52 |
| 06/02/20 | {4} | CHRISTYS OF INDIANA, INC | Sale of personal property pursuant to Order | 1129-000 | 4,570.00 | | 37,332.52 |
| 06/26/20 | 105 | RUBIN & LEVIN A PROFESSIONAL CORPORATION | Trustee's attorney's fees and expenses pursuant to court order of 6/24/2020. | | | 1,481.95 | 35,850.57 |
| | | | Fees $1,461.50 | 3210-000 | | | |
| | | | Expenses $20.45 | 3220-000 | | | |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 62.33 | 35,788.24 |

Page Subtotals:   $54,007.00   $18,218.76

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 19-04682 | Trustee Name: | Jenice Golson-Dunlap (340580) |
|---|---|---|---|
| Case Name: | GREENWALT, JEFFREY ALAN | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***8355 | Account #: | ******3700 Checking |
| For Period Ending: | 06/07/2021 | Blanket Bond (per case limit): | $29,496,184.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 59.26 | 35,728.98 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 55.20 | 35,673.78 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 60.82 | 35,612.96 |
| 10/13/20 | | Transfer Debit to Metropolitan Commercial Bank acct XXXXXX1577 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX1577 | 9999-000 | | 35,612.96 | 0.00 |
| | | **COLUMN TOTALS** | | | 54,007.00 | 54,007.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 35,612.96 | |
| | | **Subtotal** | | | 54,007.00 | 18,394.04 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $54,007.00 | $18,394.04 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 19-04682 | Trustee Name: | Jenice Golson-Dunlap (340580) |
|---|---|---|---|
| Case Name: | GREENWALT, JEFFREY ALAN | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8355 | Account #: | ******1577 Checking Account |
| For Period Ending: | 06/07/2021 | Blanket Bond (per case limit): | $29,496,184.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/13/20 | | Transfer Credit from Mechanics Bank acct XXXXXX3700 | Transition Credit from Mechanics Bank acct XXXXXX3700 | 9999-000 | 35,612.96 | | 35,612.96 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 56.92 | 35,556.04 |
| 11/11/20 | 1000 | MARIETTA CPAs | Trustee's Accountants' fees and expenses pursuant to court order of 11/10/2020 | | | 3,127.25 | 32,428.79 |
| | | | Fees $3,049.75 | 3410-000 | | | |
| | | | Expenses $77.50 | 3420-000 | | | |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 53.60 | 32,375.19 |
| 02/08/21 | 1001 | JENICE GOLSON-DUNLAP | Combined trustee compensation & expense dividend payments. | | | 6,130.38 | 26,244.81 |
| | | JENICE GOLSON-DUNLAP | Claims Distribution - Mon, 12-07-2020 $5,950.35 | 2100-000 | | | |
| | | JENICE GOLSON-DUNLAP | Claims Distribution - Mon, 12-07-2020 $180.03 | 2200-000 | | | |
| 02/08/21 | 1002 | ABSOLUTE RESOLUTIONS INVESTMENTS, LLC C/O ABSOLUTE RESOLUTIONS CORPORATION | Distribution payment - Dividend paid at 0.51% of $23,205.03; Claim # 1; Filed: $23,205.03 | 7100-000 | | 118.24 | 26,126.57 |
| 02/08/21 | 1003 | MICHAEL BARFIELD-BARNWELL WHALEY PATTERS | Distribution payment - Dividend paid at 0.51% of $6,973.83; Claim # 2; Filed: $6,973.83 | 7100-000 | | 35.54 | 26,091.03 |
| 02/08/21 | 1004 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP | Combined dividend payments for Claim #3, 8, 10 | | | 572.96 | 25,518.07 |
| | | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP | Claims Distribution - Mon, 12-07-2020 $179.71 | 7100-000 | | | |
| | | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP | Claims Distribution - Mon, 12-07-2020 $70.00 | 7100-000 | | | |
| | | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP | Claims Distribution - Mon, 12-07-2020 $323.25 | 7100-000 | | | |
| 02/08/21 | 1005 | CLARK & ASSOCIATES, INC. | Distribution payment - Dividend paid at 0.51% of $2,412.39; Claim # 4; Filed: $2,412.39 | 7100-000 | | 12.29 | 25,505.78 |
| 02/08/21 | 1006 | JPMORGAN CHASE BANK, N.A. S/B/M/T CHASE BANK USA, N.A. C/O ROBERTSON, ANSCHUTZ & SCHNEID, P.L. | Combined dividend payments for Claim #5, 6, 7, 9 | | | 961.11 | 24,544.67 |
| | | JPMORGAN CHASE BANK, N.A. S/B/M/T CHASE BANK USA, N.A. C/O ROBERTSON, ANSCHUTZ & SCHNEID, P.L. | Claims Distribution - Mon, 12-07-2020 $201.86 | 7100-000 | | | |
| | | JPMORGAN CHASE BANK, N.A. S/B/M/T CHASE BANK USA, N.A. C/O ROBERTSON, ANSCHUTZ & SCHNEID, P.L. | Claims Distribution - Mon, 12-07-2020 $188.88 | 7100-000 | | | |

Page Subtotals: $35,612.96   $11,068.29

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

| | Form 2 | |
|---|---|---|
| | **Cash Receipts And Disbursements Record** | Exhibit 9<br>Page: 4 |

| Case No.: | 19-04682 | Trustee Name: | Jenice Golson-Dunlap (340580) |
|---|---|---|---|
| Case Name: | GREENWALT, JEFFREY ALAN | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8355 | Account #: | ******1577 Checking Account |
| For Period Ending: | 06/07/2021 | Blanket Bond (per case limit): | $29,496,184.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | JPMORGAN CHASE BANK, N.A. S/B/M/T CHASE BANK USA, N.A. C/O ROBERTSON, ANSCHUTZ & SCHNEID, P.L. | Claims Distribution - Mon, 12-07-2020<br>$228.01 | 7100-000 | | | |
| | | JPMORGAN CHASE BANK, N.A. S/B/M/T CHASE BANK USA, N.A. C/O ROBERTSON, ANSCHUTZ & SCHNEID, P.L. | Claims Distribution - Mon, 12-07-2020<br>$342.36 | 7100-000 | | | |
| 02/08/21 | 1007 | WILLIAM Q. WALKER, JR. & JOHN L. SIMMS | Distribution payment - Dividend paid at 0.51% of $1,654,119.54; Claim # 11; Filed: $1,654,119.54 | 7100-000 | | 8,428.65 | 16,116.02 |
| 02/08/21 | 1008 | BANK OF AMERICA, N.A. | Combined dividend payments for Claim #12, 15 | | | 686.47 | 15,429.55 |
| | | BANK OF AMERICA, N.A. | Claims Distribution - Mon, 12-07-2020<br>$512.72 | 7100-000 | | | |
| | | BANK OF AMERICA, N.A. | Claims Distribution - Mon, 12-07-2020<br>$173.75 | 7100-000 | | | |
| 02/08/21 | 1009 | TOYOTA MOTOR CREDIT CORPORATION C/O BECKET AND LEE LLP | Distribution payment - Dividend paid at 0.51% of $2,046.11; Claim # 13; Filed: $2,046.11 | 7100-000 | | 10.43 | 15,419.12 |
| 02/08/21 | 1010 | DIRECTV, LLC BY AMERICAN INFOSOURCE AS AGENT | Distribution payment - Dividend paid at 0.51% of $288.90; Claim # 14; Filed: $288.90 | 7100-000 | | 1.47 | 15,417.65 |
| 02/08/21 | 1011 | PYOD, LLC RESURGENT CAPITAL SERVICES | Distribution payment - Dividend paid at 0.51% of $4,551.20; Claim # 16; Filed: $4,551.20 | 7100-000 | | 23.19 | 15,394.46 |
| 02/08/21 | 1012 | PORTER, ROGERS, DAHLMAN AND GORDON, PC | Distribution payment - Dividend paid at 0.51% of $21,162.76; Claim # 19; Filed: $21,162.76 | 7100-000 | | 107.83 | 15,286.63 |
| 02/08/21 | 1013 | CANYON SUPPLY & LOGISTICS, LLC C/O ROGER BRAUGH, SICO WHITE HOELSCHER | Distribution payment - Dividend paid at 0.51% of $3,000,000.00; Claim # 20; Filed: $3,000,000.00 | 7100-000 | | 15,286.63 | 0.00 |
| | | **COLUMN TOTALS** | | | 35,612.96 | 35,612.96 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 35,612.96 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 35,612.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$35,612.96** | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Case 19-04682-JJG-7A   Doc 92   Filed 06/08/21   EOD 06/08/21 11:27:46   Pg 20 of 20

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| | |
|---|---|
| **Case No.:** 19-04682 | **Trustee Name:** Jenice Golson-Dunlap (340580) |
| **Case Name:** GREENWALT, JEFFREY ALAN | **Bank Name:** Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***8355 | **Account #:** ******1577 Checking Account |
| **For Period Ending:** 06/07/2021 | **Blanket Bond (per case limit):** $29,496,184.00 |
| | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3700 Checking | $54,007.00 | $18,394.04 | $0.00 |
| ******1577 Checking Account | $0.00 | $35,612.96 | $0.00 |
| | **$54,007.00** | **$54,007.00** | **$0.00** |

| | |
|---|---|
| 06/07/2021 | /s/Jenice Golson-Dunlap |
| Date | Jenice Golson-Dunlap |

UST Form 101-7-TDR (10 /1/2010)